|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERIBERTO MAGANA,

     Petitioner,          No. CIV S-06-0255 DFL PAN P

  vs.

UNKNOWN,

     Respondent.        ORDER

_____/

       Petitioner, an inmate at the San Diego County Jail at Vista, California, proceeding pro se, has filed a civil action challenging ongoing state court criminal proceedings pending against him in Vista, California. Petitioner has neither paid the $5.00 filing fee for a habeas corpus action nor filed an application to proceed in forma pauperis.

       The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). In the instant case both the criminal proceedings against petitioner and his place of incarceration are in an area covered by the United States District Court for the Southern District of California.

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Southern District of California.
3  Id. at 499 n.15; 28 U.S.C. § 2241(d).
4  DATED: March 16, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
maga0255.108a